Courtroom Deputy:    Patricia Glover        Date:   September 3, 2008
Court Reporter:       Paul Zuckerman
Probation Officer:    Michelle Means

Criminal Action No. 06-cr-00431-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Mark Barrett

            Plaintiff,

v.

20.  VINCE BENAVIDEZ,                    Vincent Horn, Jr.

            Defendant.

---

## SENTENCING MINUTES

---

 **8:34 a.m.**      **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on May 28, 2008.  Defendant pled guilty to Count 1 of the Information and Count 17 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does**  request departure (**Doc. #934**). Oral amendment of Government's motion made by Mr. Barrett.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Argument by Mr. Van Horn.  The Government objects.

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings are made of record.

**ORDER:**    Defendant's Motion to Reduce Sentence Below Guideline **(Doc. #931)** is **GRANTED in part and DENIED in part.**

**ORDER:**    Government's Motion for Downward Departure **(Doc. #934)** is **GRANTED.**

**ORDER:**    **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on October 6, 2008. The defendant's bond will be exonerated at the time of his voluntary surrender to the institution designated by the Bureau of Prisons.

**9:15 a.m.**    **Court in recess.**

Total Time:    41 minutes.
Hearing concluded.